**EXHIBIT 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-329-724

EFFECTIVE DATE OF REGISTRATION
FEB 23 2005

---

**1** Title of This Work ▼
FLOWER (GROUP 02)

Nature of This Work ▼
TEXTILE DESIGN

Previous or Alternative Titles ▼
C30097, C30098, C30099, D40254, D40255, D40256

**2 a** Name of Author ▼
LA PRINTEX INDUSTRIES, INC.

Author's Nationality or Domicile: Citizen of / Domiciled in USA

Nature of Authorship: ☒ 2-Dimensional artwork

**b** Name of Author ▼
LA PRINTEX INDUSTRIES, INC.

Nature of Authorship: ☒ 2-Dimensional artwork

**3 a** Year in Which Creation of This Work Was Completed: 2005
**b** Date and Nation of First Publication: FEBRUARY 15, 2005

**4** COPYRIGHT CLAIMANT(S)
LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

APPLICATION RECEIVED
FEB 23 2005
ONE DEPOSIT RECEIVED
FEB 23 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

\* Deleted by C.O. by authority of reply letter received June 19, 2006 from Ms. Cindy Song, authorized agent of La Printext Industries, Inc. See correspondence file.

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** 5

**DERIVATIVE WORK OR COMPILATION** 6

**DEPOSIT ACCOUNT** 7

**CORRESPONDENCE**
LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

Area code and daytime telephone number (323) 269-0100    Fax number (323) 269-0190

**CERTIFICATION** 8

CINDY SONG                        Date 2/15/05

X [signature]

LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST.
VERNON, CA 90023

LA PRINTEX
3270 E. 26th Street
Vernon, CA 90023
Tel: (323) 269-0100 Fax: (323) 269-0190

9

D40255.TIF
February 15, 2005 - 14:19
LA PRINTEX, INC.        * SEWEGE   DOUBLE  BORDER

 iHSV:38J4J8

 iHSV:52K10A15

 iHSV:44O10A



# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
Form for Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-422-682**

EFFECTIVE DATE OF REGISTRATION

7 / 9 / 07

---

**1** Title of This Work ▼: **LAP 07-D31**
Nature of This Work ▼: **TEXTILE DESIGN**

Previous or Alternative Titles ▼: **D40464, D40465, D40466, D40467, D40468**

**2a** Name of Author ▼: **LA PRINTEX INDUSTRIES, INC.**
Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Domiciled in **USA**
Nature of Authorship: ☒ 2-Dimensional artwork

**2b** Name of Author ▼: **LA PRINTEX INDUSTRIES, INC.**
Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Domiciled in **USA**
Nature of Authorship: ☒ 2-Dimensional artwork

**3a** Year in Which Creation of This Work Was Completed: **2007**
**3b** Date and Nation of First Publication of This Particular Work: Month **MAR** Day **3** Year **2007** USA

**4** Copyright Claimant(s):
**LA PRINTEX INDUSTRIES, INC.**
3270 E. 26th St.
VERNON, CA. 90023

APPLICATION RECEIVED: JUL 09 2007
ONE DEPOSIT RECEIVED: JUL 09 2007

| EXAMINED BY | 571 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5  PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6  DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7  DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
LA PRINTEX INDUSTRIES, INC.
3270 E 26TH ST
VERNON, CA 90023

Area code and daytime telephone number ( 323 ) 269 - 0100    Fax number ( 323 ) 269 - 0190
Email

**8  CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JAE SOON NAH    Date 6/25/2007

Handwritten signature (X) ▼
X [signature]

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
LA PRINTEX INDUSTRIES, INC
Number/Street/Apt ▼
3270 E 26TH ST
City/State/ZIP ▼
VERNON, CA 90023



D40464

**EXHIBIT 3**



